Michael P. Harris
Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206) 622-7434

THE HONORABLE MARC BARRECA
Chapter 7
Hearing Date: February 14, 2014
Hearing Time: 9:30 a.m.
Hearing Place: 700 Stewart St., Room 7106, Seattle
Responses Due: February 7, 2014

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In Re:

Denise J. Schuh,

        Debtor(s).

No. 13-13131

NOTICE OF HEARING AND MOTION TO APPROVE THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

### NOTICE OF HEARING

A hearing shall be held on February 14, 2014, at 9:30 a.m. before the Honorable MARC BARRECA at 700 Stewart St., Room 7106, Seattle, Washington to consider the matters set forth below. Any party objecting to the requested relief shall file their objection no later than February 7, 2014 and shall appear at the hearing and state their objection. In absence of a timely objection, the Trustee may present an Order granting the requested relief prior to the date of the hearing.

### MOTION TO APPROVE SALE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

COMES NOW the Trustee, Edmund J. Wood, by his attorney Michael Harris, and moves for an Order authorizing the sale of real property free and clear of liens and encumbrances upon the terms set forth below:

NOTICE OF HEARING AND MOTION TO APPROVE
THE SALE OF REAL PROPERTY ETC. - 1

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434

Case 13-13131-MLB    Doc 34    Filed 01/14/14    Ent. 01/14/14 17:33:22    Pg. 1 of 3

| | | |
|---|---|---|
| Street Address of Property: | | 2091 NW Boulder Way<br>Issaquah, WA 98027 |
| Legal description of Property<br>(Abbreviated): | | Lot 111, Ascent at Talus, Division No. II |
| Parcel No.: | | 0291310710 |
| Sale Price: | | $260,000 or such higher price as the parties agree to in order to close the short sale |
| Terms of Sale: | | Cash at closing |
| Purchaser: | | Yong Xi and Jin Luo |
| Purchasers Address: | | 26620 SE 16th Ct.<br>Sammamish, WA 98075 |
| Costs of Sale: | | The estate will pay the real estate agent a commission of 6% of the gross sale price or such lesser amount as the agents shall agree to; and the estate will pay customary costs of sale, including but not limited to title insurance premiums, real estate taxes due through the date of closing, excise tax, and one-half of the escrow fee. In addition to the commission, the buyer shall pay a separate fee of 1.5% to the agent for facilitating the short sale. |
| Utility Liens: | | The amount or existence of utility liens is usually not known until closing or later. The Trustee will pay utility liens from sale proceeds. |
| Encumbrances and approximate claim amounts: | US Bank<br>Citibank | $257,877.00<br>$120,122.00 |

This sale will be free and clear of all liens and interests; said liens and interests, if any, will attach to the proceeds of sale with the same effect and validity as they attached to the subject property. The Trustee requests authority to pay the secured creditors named above to the extent funds are available.

NOTICE OF HEARING AND MOTION TO APPROVE
THE SALE OF REAL PROPERTY ETC. - 2

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434

Case 13-13131-MLB    Doc 34    Filed 01/14/14    Ent. 01/14/14 17:33:22    Pg. 2 of 3

This is a short sale. The sale will be subject to the approval of U.S. Bank. There will be insufficient funds to make a distribution to secured creditors of a lower priority than U.S. Bank on its first Deed of Trust. The Trustee will negotiate the terms of the short sale with U.S. Bank at a later date; the terms are unknown at this time. The Trustee will also negotiate a buyer's premium or carve out of at least $20,000. Of that amount, at least half one will be distributed to pre-petition creditors. Should the buyer be unable to close the sale, or should the trustee receive an offer he believes is better for the estate, the trustee reserves the right to, rather than treating the funds as a buyer's premium, negotiate a carve out with the secured creditor under 11 USC §506(c).

The Trustee believes and alleges that the buyer is a good faith purchaser for value.

WHEREFORE the Trustee prays for an Order approving the transaction granting the other relief set forth above. A proposed Order is attached.

Dated January 14, 2014.

        /s/Michael P. Harris
        Michael P. Harris,
        Attorney at Law
        WSBA#13506

NOTICE OF HEARING AND MOTION TO APPROVE
THE SALE OF REAL PROPERTY ETC. - 3

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434

Case 13-13131-MLB    Doc 34    Filed 01/14/14    Ent. 01/14/14 17:33:22    Pg. 3 of 3